1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

13

CATHERINE COOLEY,

           Petitioner/Defendant,

       v.

UNITED STATES OF AMERICA,

        Respondent.

NO. C04-5762JET
CR01-5120-JET


ORDER

14

15

16

     THIS MATTER comes on before the above-entitled Court upon Defendant Catherine Cooley's Motion for Reconsideration of this court's Order denying Defendant's Motion for Common Law Writ of Error *Audita Querela*.

17

18

     Having considered the entirety of the records and file herein, it is hereby

     ORDERED that Defendant's Motion for Reconsideration is DENIED.

19

20

     The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

21

     DATED this 21st day of September, 2005.

22

23

24

/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

25

26

- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

- 2